**CRIMINAL COURTROOM MINUTE SHEET**
**COMPETENCY HEARING**

**DATE:** Dec 8, 2015          **CASE:** M-15-350-CG

**TIME IN COURT:** 15 mins          **COURTROOM:** 103

**MAGISTRATE JUDGE CHARLES B. GOODWIN**      **COURTROOM DEPUTY LESA BOLES**

UNITED STATES OF AMERICA vs. Wei Yu Ren a/k/a Wendy Ren

Defendant States true and correct name as: _____ Age: _____

**Government Cnsl:** David Petermann      **Defendant Cnsl:** Susan Otto

**U.S. Probation Officer:** _____      Public Defender

[X] Defendant Appears, custody of U.S. Marshal with Counsel      **Interpreter:** N/A

[X] Parties announce ready.

[ ] Parties provided with a written / oral Pretrial Services Report.

| WITNESSES FOR GOVERNMENT | WITNESSES FOR DEFENDANT |
|---|---|
| 1. _____ | 1. _____ |
| 2. _____ | 2. _____ |
| 3. _____ | 3. _____ |

[ ] Government and Defendant make opening statement.

     [ ] Government introduces evidence with testimony of ____ witness(es) and rests.

     [ ] Defendant introduces evidence with testimony of ____ witness(es) and rests.

     [X] Government   [X] Defendant   rest(s) without introducing evidence.

     [ ] Government   [ ] Defendant   proffer(s) evidence and rests.

     [ ] Government   [X] Defendant   make(s) closing statements.

[X] Defendant stipulates to Forensic Mental health Evaluation.

[X] Government stipulates to Forensic Mental health Evaluation.

**The Court Orders:**

Based on evidence presented:

[X] The Court finds that defendant is not capable of understanding the nature and consequences of the proceedings against him/her and to assist properly in his/her own defense and that Defendant is not competent to stand trial. Written order to be entered.

[ ] The Court finds that defendant is capable of understanding the nature and consequences of the proceedings against him/her and to assist properly in his/her own defense and that Defendant is competent to stand trial.

Defendant remanded to custody of USM.