UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. M-15-350-CG |
| | ) |
| WEI YU REN, a/k/a Wendy Ren, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In open court on this date, the United States—through Assistant United States Attorney David Peterman—sought and was granted leave, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the criminal charges against Defendant Wei Yu Ren set forth in the Complaint (Doc. No. 1). Defendant—who was present by video conference along with her counsel, Federal Public Defender Susan Otto—did not object. Therefore, the charges against Defendant in this matter are DISMISSED WITHOUT PREJUDICE, Defendant's Combined Motion for Hearing and Motion to Dismiss (Doc. No. 23) is DENIED AS MOOT insofar as its request for dismissal, and Defendant Wei Yu Ren is RELEASED from any custody or detention (including the temporary detention ordered on September 23, 2015) ordered in this case.

IT IS SO ORDERED this 13th day of October, 2016.

CHARLES B. GOODWIN
UNITED STATES MAGISTRATE JUDGE